570 A.2d 981

JOHN LEE MADDEN, ALLEN S. FERG, ET AL. v.
TOWNSHIP OF DELRAN; STATE OF NEW JERSEY, ET AL.

November 27, 1989.

Petition for certification granted.

---

570 A.2d 981

STATE OF NEW JERSEY v. MARTEA HARRINGTON.

December 5, 1989.

Petition for certification denied.

---

570 A.2d 982

STATE OF NEW JERSEY v. JAMES MADISON.

December 5, 1989.

Petition for certification denied.

---

570 A.2d 982

STATE OF NEW JERSEY v. JAMES BARRICK.

December 5, 1989.

Petition for certification denied.